THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Julie W. Hewett, Respondent,
 
 
 

v.

 
 
 
 Donnie Hewett, Appellant.
 
 
 

Appeal From Horry County
  H. T. Abbott, III, Family Court Judge

Unpublished Opinion No. 2006-UP-432
Submitted December 1, 2006  Filed December 28, 2006

AFFIRMED

 
 
 
 Donnie Hewett, pro se, of Marietta, Georgia, for Appellant.
 Maria Elias-Williams, of Loris, for Respondent.
 
 
 

PER CURIAM:  In this domestic action, Donnie Hewett appeals an order of the family court requiring him to pay child support, alimony, and Julie Hewetts attorneys fees.  We affirm pursuant to Rule 220(b)(2) and the following authorities[1]: First Sav. Bank v. McLean, 314 S.C. 361, 363, 444 S.E.2d 513, 514 (1994) (holding issues raised in a brief but not supported by authority are deemed abandoned and will not be considered on appeal); Glasscock, Inc. v. U.S. Fidelity & Guar. Co., 348 S.C. 76, 81, 557 S.E.2d 689, 691 (Ct. App. 2001) (South Carolina law clearly states that short, conclusory statements made without supporting authority are deemed abandoned on appeal and therefore not presented for review.).
AFFIRMED.
HEARN, C.J., and SHORT and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.